UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


STONEY GLENN,

      Petitioner,

v.                                                      4:22cv179–WS/MAF

STATE OF FLORIDA,

      Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
AMENDED REPORT AND RECOMMENDATION

      Before the court is the magistrate judge's amended report and recommendation (ECF No. 24) docketed March 27, 2023. The magistrate judge recommends that Petitioner's pending Rule 60(b) motion (ECF No. 20) be denied. In that motion, Petitioner seeks relief from the court's order (ECF No. 7) and judgment (ECF No. 8) dismissing his case. Petitioner has filed no objections to the amended report and recommendation.

      As did the magistrate judge, the undersigned finds that Petitioner's Rule 60(b) motion is due to be denied. Accordingly, it is ORDERED:

      1. The magistrate judge's amended report and recommendation (ECF No.

24) is ADOPTED and incorporated into this order by reference.

    2. Plaintiff's Rule 60(b) motion (ECF No. 20) for relief from judgment is

DENIED.

    DONE AND ORDERED this   15th   day of    May   , 2023.


           s/ William Stafford
           WILLIAM STAFFORD
           SENIOR UNITED STATES DISTRICT JUDGE